UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY DREWS, ET AL.,<br><br>                    Plaintiff,<br><br>-against-<br><br>SENIOR SUFFERN HIGH SCHOOL,<br><br>                    Defendants. | 24-CV-6696 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 28, 2024, the Court directed Plaintiff Bristol, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal without prejudice of Plaintiff Bristol's claims. Plaintiff Bristol has not filed an IFP application or paid the fees. Accordingly, Plaintiff Bristol's claims are dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to terminate on the docket Plaintiff Roland Bristol.

SO ORDERED.

Dated:   December 2, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                    Chief United States District Judge