**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WENDY DREWS,

                              Plaintiff,

          -against-                                                24 **CIVIL** 6696 (LLS)

                                                                   **JUDGMENT**

SUFFERN CENTRAL SCHOOL DISTRICT, et
al.,

                              Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 20, 2026, the remaining claims in Plaintiff's amended

complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), are dismissed pursuant to 28

U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's application for the Court to request pro bono counsel (ECF

12) is denied.

**Dated:**  New York, New York

          January 27, 2026

                                                    **TAMMI M. HELLWIG**
                                             _____
                                                         **Clerk of Court**

                              **BY:**              K. mango
                                             _____
                                                         **Deputy Clerk**